The Honorable John C. Coughenour

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

PHILIP SPAGNOLI, an individual,

    Plaintiff,

vs.

CDK GLOBAL, LLC, a Delaware Company,

    Defendant.

Case No. 2:24-cv-00083-JCC

**[~~PROPOSED~~] ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE AND AMEND SCHEDULING ORDER**

THIS MATTER having come before the below-signed Judge of the above-entitled court upon the parties' First Stipulated Motion to Continue Trial Date and Amend Scheduling Order (**Dkt. No. 14**), and the Court having considered the motion, and it appearing to be in the best interest of the case, therefore,

IT IS HEREBY ORDERED that the Stipulated Motion to Continue Trial Date and Amend Scheduling Order is GRANTED.

The Parties proposed scheduling order is adopted as follows:

| Description | Current Deadline | New Deadline |
| --- | --- | --- |
| **Jury Trial** | **April 7, 2025** | **September 8, 2025** |
| Discovery Deadline | December 9, 2024 | April 9, 2025 |

[~~PROPOSED~~] ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE AND AMEND SCHEDULING ORDER - 1

Skidmore | Fomina, PLLC
1800 112th Ave NE, Suite 270E
Bellevue, WA 98004
Telephone: (425) 519-3656

| | | |
|---|---|---|
| Mediation Deadline | December 23, 2024 | April 23, 2025 |
| Dispositive Motions due by | January 6, 2025 | May 7, 2025 |
| Motions in Limine due by | March 28, 2025 | July 28, 2025 |
| Pretrial Order due by | March 28, 2025 | July 28, 2025 |
| Proposed verdict forms, voir dire and jury instructions due by | March 31, 2025 | July 30, 2025 |
| Trial briefs to be submitted by | April 3, 2025 | August 4, 2025 |

DATED THIS 12th day of November 2024.

_____
THE HONORABLE JOHN C. COUGHENOUR
UNITED STATE DISTRICT JUDGE

Presented by:

By: *s/ Mason C. Hudon*
Mason C. Hudon, WSBA No. 59925
Gregory M. Skidmore, WSBA No. 47462
Skidmore & Fomina, PLLC
1800 112th Ave NE, Suite 270E
Bellevue, WA  98004
Telephone: (425) 519-3656
mhudon@skidmorefomina.com
gskidmore@skidmorefomina.com

*Counsel for Plaintiff Philip Spagnoli*


By: *s/ Kristofer T. Noneman*
Adam T. Pankratz, WSBA No. 50951
Kristofer T. Noneman, WSBA No. 61697
Ogletree, Deakins, Nash, Smoak & Stewart, PC
1201 Third Avenue, Suite 5150

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE AND AMEND SCHEDULING ORDER - 2

SKIDMORE | FOMINA, PLLC
1800 112th Ave NE, Suite 270E
Bellevue, WA 98004
Telephone: (425) 519-3656

1  Seattle, WA 98101
   Telephone: (206) 693-7057
2  kristofer.noneman@ogletree.com
3  adam.pankratz@ogletreedeakins.com

4
5  *Counsel for Defendant CDK Global, LLC*

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

[~~PROPOSED~~] ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE AND AMEND SCHEDULING ORDER - 3

SKIDMORE │ FOMINA, PLLC
1800 112th Ave NE, Suite 270E
Bellevue, WA 98004
Telephone: (425) 519-3656