The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PHILIP SPAGNOLI, an individual,

    Plaintiff,

vs.

CDK GLOBAL, LLC, a Delaware Company,

    Defendant.

Case No. 2:24-cv-00083-JCC

[~~PROPOSED~~] ORDER GRANTING SECOND STIPULATED MOTION TO CONTINUE TRIAL DATE AND AMEND SCHEDULING ORDER

THIS MATTER having come before the below-signed Judge of the above-entitled court upon the parties' Second Stipulated Motion to Continue Trial Date and Amend Scheduling Order, and the Court having considered the motion, and it appearing to be in the best interest of the case, therefore,

IT IS HEREBY ORDERED that the Second Stipulated Motion to Continue Trial Date and Amend Scheduling Order is GRANTED.

The Parties proposed scheduling order is adopted as follows:

| Description | Current Deadline | New Deadline |
| --- | --- | --- |
| Jury Trial | September 8, 2025 | December 8, 2025 |
| Discovery Deadline | April 9, 2025 | July 9, 2025 |

[~~PROPOSED~~] ORDER GRANTING SECOND STIPULATED MOTION TO CONTINUE TRIAL DATE AND AMEND SCHEDULING ORDER - 1

Skidmore | Fomina, PLLC
1800 112th Ave NE, Suite 150
Bellevue, WA 98004
Telephone: (425) 519-3656

| Mediation Deadline | April 23, 2025 | July 23, 2025 |
|---|---|---|
| Dispositive Motions due by | May 7, 2025 | August 7, 2025 |
| Motions in Limine due by | July 28, 2025 | October 28, 2025 |
| Pretrial Order due by | July 28, 2025 | October 28, 2025 |
| Proposed verdict forms, voir dire and jury instructions due by | July 30, 2025 | October 31, 2025 |
| Trial briefs to be submitted by | August 4, 2025 | November 4, 2025 |

DATED THIS 7th day of March 2025.

_____
THE HONORABLE JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

Presented by:

By: *s/ Mason C. Hudon*
Mason C. Hudon, WSBA No. 59925
Gregory M. Skidmore, WSBA No. 47462
Skidmore & Fomina, PLLC
1800 112th Ave NE, Suite 270E
Bellevue, WA 98004
Telephone: (425) 519-3656
mhudon@skidmorefomina.com
gskidmore@skidmorefomina.com

*Counsel for Plaintiff Philip Spagnoli*


By: *s/ Kristofer T. Noneman*
Adam T. Pankratz, WSBA No. 50951
Kristofer T. Noneman, WSBA No. 61697
Ogletree, Deakins, Nash, Smoak & Stewart, PC
1201 Third Avenue, Suite 5150
Seattle, WA 98101
Telephone: (206) 693-7057
kristofer.noneman@ogletree.com
adam.pankratz@ogletreedeakins.com

*Counsel for Defendant CDK Global, LLC*