The Honorable John C. Coughenour

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

PHILIP SPAGNOLI, an individual,

　　Plaintiff,

vs.

CDK GLOBAL, LLC, a Delaware Company,

　　Defendant.

Case No. 2:24-cv-00083-JCC

[~~PROPOSED~~] ORDER GRANTING FOURTH AND FINAL STIPULATED MOTION TO CONTINUE TRIAL DATE AND AMEND SCHEDULING ORDER

THIS MATTER having come before the below-signed Judge of the above-entitled court upon the parties' Fourth and Final Stipulated Motion to Continue Trial Date and Amend Scheduling Order (**Dkt 21**), and the Court having considered the motion, and it appearing to be in the best interest of the case, therefore,

IT IS HEREBY ORDERED that the Fourth and Final Stipulated Motion to Continue Trial Date and Amend Scheduling Order is GRANTED.

The Parties proposed scheduling order is adopted as follows:

| Description | Current Deadline | New Deadline |
|---|---|---|
| **Jury Trial** | **May 4, 2026** | **August 3, 2026** |
| Discovery Deadline | December 12, 2025 | February 13, 2026 |

| | | |
|---|---|---|
| Mediation Deadline | January 5, 2026 | March 6, 2026 |
| Dispositive Motions due by | February 2, 2026 | April 10, 2026 |
| Motions in Limine due by | March 27, 2026 | **July 10**, 2026 |
| Pretrial Order due by | March 27, 2026 | **July 17**, 2026 |
| Proposed verdict forms, voir dire and jury instructions due by | April 2, 2026 | **July 17**, 2026 |
| Trial briefs to be submitted by | April 13, 2026 | **July 27**, 2026 |

DATED THIS 15th day of December 2025.

*[signature: John C. Coughenour]*

_____
THE HONORABLE JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

Presented by:


By: *s/ Mason C. Hudon*
Mason C. Hudon, WSBA No. 59925
Gregory M. Skidmore, WSBA No. 47462
Skidmore & Fomina, PLLC
1800 112th Ave NE, Suite 270E
Bellevue, WA  98004
Telephone: (425) 519-3656
mhudon@skidmorefomina.com
gskidmore@skidmorefomina.com

*Counsel for Plaintiff Philip Spagnoli*



By:  */s/ Daniel P. Crowner*
Daniel P. Crowner, WSBA No. 37136
Kristofer T. Noneman, WSBA No. 61697
Ogletree, Deakins, Nash, Smoak & Stewart, PC
1201 Third Avenue, Suite 5150
Seattle, WA 98101

1  Telephone: (206) 693-7057
2  daniel.crowner@ogletree.com
   kristofer.noneman@ogletree.com
3
   *Counsel for Defendant CDK Global, LLC*
4

[PROPOSED] ORDER GRANTING FOURTH AND FINAL STIPULATED MOTION TO CONTINUE TRIAL DATE AND AMEND SCHEDULING ORDER - 3

SKIDMORE | FOMINA, PLLC
1800 112th Ave NE, Suite 150
Bellevue, WA 98004
Telephone: (425) 519-3656