THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PHILIP SPAGNOLI, | CASE NO. C24-0083-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| CDK GLOBAL LLC, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sue sponte*. The parties recently contacted chambers regarding an issue involving certain production, following Rule 30(b)(6) depositions. Based on the Court's discussion with the parties, it appears this issue would largely be mooted by a brief extension to the discovery period. Thus, the Court EXTENDS the discovery cut off in this matter from February 13, 2026, to February 27, 2026. All other case management deadlines remain unchanged.

//

//

//

MINUTE ORDER
C24-0083-JCC
PAGE - 1

DATED this 11th day of February 2026.

Joshua C. Lewis
Clerk of Court

s/Kathleen Albert
Deputy Clerk

MINUTE ORDER
C24-0083-JCC
PAGE - 2