THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PHILIP SPAGNOLI,

                Plaintiff,

      v.

CDK GLOBAL LLC,

                Defendant.

CASE NO. C24-0083-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. The Court recently ordered certain production from Defendant and extended the discovery deadline for that production to March 31, 2026. It since learned from Plaintiff that Defendant is endeavoring to meet this deadline but may not be able to do so. For this reason, Plaintiff asks to extend the cut off for discovery motions to April 10, 2026. Finding good cause, the Court so EXTENDS the cut, to the extent it pertains to the additional production the Court so ordered.

//

//

//

MINUTE ORDER
C24-0083-JCC
PAGE - 1

DATED this 11th day of March 2026.

Joshua C. Lewis
Clerk of Court

s/Kathleen Albert
Deputy Clerk

MINUTE ORDER
C24-0083-JCC
PAGE - 2